AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Sarah Zito; Alvaro Sarmiento, Jr.; Mark Shinn; and Daniel Bermudez, on behalf of themselves and all others similarly situated,<br>*Plaintiff*<br>v.<br>Strata Equity Group, Inc. n/k/a Strata Equity Global, Inc.; Strata Audubon, LLC: Strata Veridian, LLC; Pinnacle Property Management Services, LLC; Wendi Dami-Vazquez; Jacinta Williams; and Conserve, LLC,<br>*Defendant* | Civil Action No.    2:20-cv-3808-BHH |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other:  Defendants' joint motion to dismiss is granted and this case is dismissed without prejudice based on Plaintiff's failure to exhaust the available administrative remedies.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks, United States District Judge.

Date:  September 10, 2021

*CLERK OF COURT*

s/ V. Druce, Deputy Clerk

*Signature of Clerk or Deputy Clerk*